## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL LANE CULLITON,** | Case No. **2:11-cv-03374-MCE-DAD** |
| Plaintiff, | **ORDER** |
| vs. | |
| **APEX FINANCIAL MANAGEMENT, LLC,** | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own fees and costs.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1